DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Alexander<br><br>Case below:<br>177 N.C. App. 281 | No. 278P06 | 1. Def's NOA Based Upon a Constitutional Question (COA05-971)<br><br>2. AG's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br>2. Allowed 03/08/07<br><br>3. Denied 03/08/07<br><br>**Hudson, J., Recused** |
| State v. Apple<br><br>Case below:<br>182 N.C. App. ——<br>(3 April 2007) | No. 195P07 | Def's Motion for Temporary Stay (COA06-652) | Denied 04/26/07 |
| State v. Ballard<br><br>Case below:<br>180 N.C. App. 637 | No. 001P07 | 1. AG's Motion for Temporary Stay (COA05-1398)<br><br>2. AG's Petition for Writ of Supersedeas<br><br>3. AG's PDR Under N.C.G.S. § 7A-31<br><br>4. Def's Conditional PDR Under N.C.G.S. § 7A-31 | 1. Allowed 01/03/07 Stay Dissolved 05/03/07<br><br>2. Dismissed as Moot 05/03/07<br><br>3. Denied 05/03/07<br><br>4. Dismissed as Moot 05/03/07<br><br>**Hudson, J., Recused** |
| State v. Bethea<br><br>Case below:<br>176 N.C. App. 767 | No. 362P06 | Def's PWC to Review Decision of COA (COA05-866) | Denied 03/08/07 |
| State v. Boyce<br><br>Case below:<br>175 N.C. App. 663 | No. 129A06 | 1. Def's NOA (Dissent) (COA05-279)<br><br>2. Def's PDR as to Additional Issues | 1. ——<br><br>2. Allowed 03/08/07 |
| State v. Brown<br><br>Case below:<br>Wayne County Superior Court | No. 145A02-2 | Def's Petition for Certiorari to Review Order of the Wayne County Superior Court | Denied 05/03/07 |